**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DIANA CARDINALE,<br><br>         Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>         Defendant. | 2:18-CV-00094-JCM-VCF<br>**<u>ORDER</u>** |

Before the court is *Diana Cardinale v. Smith's Food & Drug Centers, Inc.*, case number 2:18-cv-00094-JCM-VCF.

The Joint Pretrial Order was due on February 17, 2019. (ECF No. 17). To date, no Joint Pretrial Order has been filed.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, April 15, 2019, in Courtroom 3D.

DATED this 4th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE