# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DIANA CARDINALE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>　　　　　Defendant. | 2:18-CV-00094-JCM-VCF<br>**ORDER** |

The court set a status hearing for April 15, 2019 because the Joint Pretrial Order was pass due. (ECF No. 29). The parties have now filed their proposed Joint Pretrial Order (ECF NO. 30).

Accordingly,

IT IS HEREBY ORDERED that the status hearing set for April 15, 2019, is VACATED.

IT IS FURTHER ORDERED that the Ex Parte Motion to Appear Telephonically (ECF No. 31) is DENIED as MOOT.

DATED this 11th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE